UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TRISTAN WHITE

      Plaintiff,

V.                                                CIVIL ACTION NO
                                                8:12-cv-00923-AW

REGIONAL ADJUSTMENT BUREAU, INC.

Defendant.                                      JULY 25, 2012

NOTICE 0F SETTLEMENT

The Plaintiff and Defendant through their respective counsel have reached a settlement. The Plaintiff respectfully requests the Court to close this case, but retain jurisdiction, so the Plaintiff could re-open the matter, if the settlement is not consummated within 20 days from the filing of this Notice of Settlement.

                                                THE PLAINTIFF

                                  BY   /S/ Bernard T. Kennedy
                                          Bernard T. Kennedy
                                          Bernard T. Kennedy & Associates
                                          P.O. Box 657
                                          Edgewater, MD 21037
                                          Tel (443) 607-8901
                                          Fax (443) 607-8903
                                          Fed. Bar #  md26843

ORAL ARGUMENT NOT REQUESTED

## *CERTIFICATION*

I hereby certify that on 7/25/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy